NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-150

TIFFANY WARNER LIGHTFOOT

VERSUS

NORRIS P. RADER, SR., ET AL.

**********
APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 99425-E
HONORABLE KEITH RAYNE JULES COMEAUX, DISTRICT JUDGE
**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Jimmie C. Peters, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Robert A. Mahtook, Jr.
Kay A. Theunissen
Mahtook & LaFleur
P. O. Box 3089
Lafayette, LA 70502-3089
(337) 266-2189
Counsel for Defendant-Appellee:
 Norris P. Rader, Sr.

Scott M. Hawkins
Chris Paul Villemarette
Hawkins & Villemarette
102 Asma Boulevard
Saloom III, Suite 110
Lafayette, LA 70508
(337) 233-8005
Counsel for Plaintiff-Appellant:
 Tiffany Warner Lightfoot